UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BAPTIST MEMORIAL HOSPITAL –  )
MISSISSIPPI COUNTY, INC., et al.,  )
                                                            )
                      Plaintiffs,        )
                                                            )
              vs.                               )         Civil Action No. _____
                                                            )
MICHAEL O. LEAVITT, Secretary  )
U.S. Department of Health and      )
Human Services,                            )
                                                            )
                      Defendant.         )
_____)

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for plaintiffs, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of any plaintiffs which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

                                                            Attorney of Record

                                                            _____
                                                            Christopher L. Crosswhite
                                                            D.C. Bar No. 450927
                                                            DUANE MORRIS LLP
                                                            1667 K Street, N.W., Suite 700
                                                            Washington, DC 20006-1608
                                                            (202) 776-7846 (phone)
                                                            (202) 776-7801 (fax)

Date: December 6, 2007