CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BAPTIST MEMORIAL HOSPITAL- )
 MISSISSIPPI COUNTY, INC., et al. )
                                  )
                                  )
                                  )
         Plaintiff                )
                                  )
                                  )
    v.                            )   Civil Case Number 07-2197 (JDB)
                                  )
                                  )
MICHAEL O. LEAVITT, Secretary,    )   Category    C
 Dept. Of HHS                     )
                                  )
         Defendant                )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>December 10, 2007</u> from <u>Judge Ellen S. Huvelle</u> to <u>Judge John D. Bates</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee


cc:   <u>Judge Huvelle</u> & Courtroom Deputy
      <u>Judge Bates</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓