AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 12/10/2007 |
| NAME OF SERVER (PRINT)<br>Christopher L. Crosswhite | TITLE<br>Attorney | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
　Certified mail/return receipt.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Dec. 28, 2007          *[signature]*
　　　　　　　　Date　　　　　　　　Signature of Server

1667 K Street, N.W., #700, Washington, DC 20006
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

　U.S. Attorney General
　U.S. Dept. of Justice
　950 Pennsylvania Ave, N.W.
　Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]*　☐ Agent　☐ Addressee

B. Received by (Printed Name)　C. Date of Delivery
　　　　　　　　　　　　　　　DEC 10 2007

D. Is delivery address different from item 1?　☐ Yes
　If YES, enter delivery address below:　☐ No

3. Service Type
　☑ Certified Mail　☐ Express Mail
　☐ Registered　☑ Return Receipt for Merchandise
　☐ Insured Mail　☐ C.O.D.

4. Restricted Delivery? (Extra Fee)　☐ Yes

2. Article Number (Transfer from service label)
　7006 0100 0004 6965 8615

PS Form 3811, February 2004　Domestic Return Receipt　102595-02-M-1540

(1) As to who may ser