IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BAPTIST MEMORIAL HOSPITAL-<br>MISSISSIPPI COUNTY, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary, United<br>States Department of Health and Human<br>Services,<br>    Defendant. | Civil Action No. 1:07-CV-02197 (ESH) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Undersigned counsel, Amy E. Powell, hereby enters her appearance as counsel for the defendant in the above-captioned case, in substitution for Christopher Harwood, whose appearance is withdrawn.

Dated: January 24, 2008

Respectfully submitted,
JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA LIEBER
Deputy Director
Federal Programs Branch

/s/
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email: amy.powell@usdoj.gov