IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL-<br>MISSISSIPPI COUNTY, et al.,<br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MICHAEL O. LEAVITT, Secretary, United<br>States Department of Health and Human<br>Services,<br>　　　　　　　Defendant. | Civil Action No. 1:07-CV-02197 (JDB) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO THE COMPLAINT

Defendant Michael O. Leavitt, Secretary of Health and Human Services, through undersigned counsel, respectfully moves for an extension of time, up to and including March 2, 2008, to file his response to the complaint. Defendant's response to the complaint is currently due today, February 11, 2008, pursuant to Federal Rule of Civil Procedure 12(a)(3). This is Defendant's first request for an extension of time to file a response in the present case, and the requested extension is supported by good cause, including the pending motion to transfer for joint hearing/consolidation (Docket No. 9), the need to obtain an administrative record, and the complexity of the issues. The extension does not affect any other existing deadlines. Undersigned counsel has consulted with plaintiffs' counsel, who has no objection to Defendant's request for an extension of time. The parties in this case have previously agreed to move to set a schedule for these cases if the motion to transfer is granted. (Docket No. 9, Exhibit C).

Dated: February 11, 2008　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. BUCHOLTZ
　　　　　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA LIEBER
Deputy Director
Federal Programs Branch

/s/
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email: amy.powell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL-<br>MISSISSIPPI COUNTY, et al.,<br>               Plaintiffs,<br><br>        v.<br><br>MICHAEL O. LEAVITT, Secretary, United<br>States Department of Health and Human<br>Services,<br>               Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:07-CV-02197 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

This matter is before the Court on an Unopposed Motion for an Extension of Time in which to Respond to the Complaint. Upon due consideration of the Defendant's submission, it is hereby:

ORDERED that, the Motion for an Extension of Time in which to Respond to the Complaint, is GRANTED; and it is further

ORDERED that Defendant file a response to the Complaint on or before March 2, 2008.

SIGNED and ENTERED this ___ day of _____, 2008.

_____
U.S. DISTRICT JUDGE JOHN D. BATES