CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BAPTIST MEMORIAL HOSPITAL-  )
MISSISSIPPI COUNTY, et al.   )
                             )
                             )
            Plaintiff        )
    v.                       )    Civil Case Number 07-2197 (RMU)
                             )
                             )
                             )
MICHAEL O. LEAVITT, Secretary, )   Category C
   U.S. Dept of HHS          )
            Defendant        )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>February 12, 2008</u> from <u>Judge John D. Bates</u> to <u>Judge Ricardo M. Urbina</u> by direction of the Calendar Committee.

(Case transferred by consent.)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Bates</u> & Courtroom Deputy
      <u>Judge Urbina</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk