IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL-<br>MISSISSIPPI COUNTY, et al.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>United States Department of Health and<br>Human Services,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:07-CV-02197 (RMU)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Undersigned counsel, Kyle R. Freeny, hereby enters her appearance as counsel for the defendant in the above-captioned case, in substitution for Amy E. Powell, whose appearance is withdrawn.

Dated: June 26, 2008

　　　　　　　　　　　　　　　　　　GREGORY G. KATSAS
　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　SHEILA LIEBER
　　　　　　　　　　　　　　　　　　Deputy Branch Director, Federal Programs Branch

　　　　　　　　　　　　By:　　/s/ Kyle R. Freeny
　　　　　　　　　　　　　　　　KYLE R. FREENY (California Bar # 247857)
　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　U.S. Department of Justice, Civil Division
　　　　　　　　　　　　　　　　P.O. Box 883, Washington, DC  20044
　　　　　　　　　　　　　　　　Telephone:  (202) 514-5108
　　　　　　　　　　　　　　　　Facsimile:   (202) 616-8202
　　　　　　　　　　　　　　　　Email:  Kyle.Freeny@usdoj.gov
　　　　　　　　　　　　　　　　*Counsel for Defendants*